UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POUPAK BAREKAT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HEINECKE GOULD PROPERTIES LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:20-cv-01362-MCS-ADS<br><br>**[PROPOSED] ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Poupak Barekat ("Plaintiff") and Heinecke Gould Properties, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:   October 23, 2020

_____
UNITED STATES DISTRICT JUDGE